UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

KEITH HENDERSON,

    Petitioner,

vs.

BISHOP, et al.,

    Respondents.

Case No. 3:14-cv-00419-RCJ-WGC

**ORDER**

    The court transferred this habeas corpus action to the United States District Court for the Middle District of Georgia because this court does not have jurisdiction over the respondents, and it appeared that the Middle District was the correct district in Georgia for this action. Petitioner has submitted a motion for reconsideration (#11). Nothing in the motion would cause the court to depart from its conclusion that it does not have jurisdiction over the Georgia prison official who is keeping petitioner in custody.

    IT IS THEREFORE ORDERED that petitioner's motion for reconsideration (#11) is **DENIED**.

Dated: November 19, 2014.

_____
ROBERT C. JONES
United States District Judge